UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA RONALD FERRA,

    Defendant.

_____/

HON. R. ALLAN EDGAR

Case No. 2:11-cr-23

**ORDER**

On June 9, 2011, defendant appeared before the undersigned for arraignment on an indictment alleging one count of Sexual Abuse of a Minor. At that time, Pretrial Services made a recommendation to the court that the defendant be detained, and counsel for the government indicated it concurred with that recommendation. Defense counsel informed the court that the defendant would not request a hearing at this time but wished to reserve the right to request a hearing at a later date. Accordingly, IT IS HEREBY ORDERED that the defendant be detained pending further proceedings.

    IT IS SO ORDERED.

Date: July 1, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge